UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROGER D SANDERS,<br><br>                Plaintiff,<br><br>   v.<br><br>MARK NELSON et al.,<br><br>                Defendants. | CASE NO. C11-5898-BHS-JRC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL |

     This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Plaintiff has filed a motion for appointment of counsel (ECF No. 10).

     There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. Although the court can request counsel to represent a party, 28 U.S.C. § 1915(e) (1), the court may do so only in exceptional circumstances. Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986); Franklin v. Murphy, 745 F.2d 1221, 1236 (9th Cir. 1984); Aldabe v. Aldabe, 616 F.2d 1089 (9th Cir. 1980). A finding of exceptional circumstances requires an evaluation of both

1 | the likelihood of success on the merits and the ability of the plaintiff to articulate his claims pro
2 | se in light of the complexity of the legal issues involved. <u>Wilborn</u>, 789 F.2d at 1331.
3 |      Plaintiff has demonstrated an adequate ability to articulate his claims pro se. While
4 | plaintiff argues the merits of his action, it is early in the process and the Court does not yet have
5 | sufficient facts to conclude that plaintiff has a reasonable likelihood of success.  Therefore, the
6 | Court reserves judgment on that issue. The motion is DENIED.
7 |      DATED this 9th day of January, 2012.

*[signature]*

J. Richard Creatura
United States Magistrate Judge