UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROGER D SANDERS,

        Plaintiff,

v.

MARK NELSON et al.,

        Defendants.

CASE NO. C11-5898-BHS-JRC

REPORT AND RECOMMENDATION ON STIPULATION TO DISMISS

    This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. The parties have filed a stipulation and proposed order to dismiss this action with prejudice and with each party bearing their own costs (ECF No. 43). A Report and Recommendation on injunctive relief is pending, (ECF No. 36), and another motion for injunctive relief is ripe for review (ECF No. 6). In addition plaintiff has filed a motion asking that the Court appoint counsel (ECF No. 41).

1     The Court recommends the stipulated motion to dismiss be adopted and all pending

2 motions be denied as moot. As this is a stipulated motion, the Court does not need to provide

3 time for objections to be entered.

    Dated this 3rd day of April, 2012.

*[signature]*

J. Richard Creatura
United States Magistrate Judge