UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROGER D SANDERS,

        Plaintiff,

v.

MARK NELSON et al.

        Defendants.

CASE NO. C11-5898-BHS-JRC

ORDER ADOPTING A REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) This action is dismissed with prejudice by stipulation of the parties (ECF No. 43). All pending motions are denied as moot. Each side will bear their own costs.

DATED this ____ day of __April__, 2012.

BENJAMIN H. SETTLE
United States District Court Judge

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 1